1

2

3

4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE DISTRICT OF ARIZONA**

6

|  |  |
|---|---|
| J.K. a minor by and through R.K., *et al.*, | No. 91-cv-00261-TUC-AWT |
| Plaintiffs, | **ORDER** |
| v. | |
| WILL HUMBLE, in his official capacity as Interim Director of the Arizona Department of Health Services; DR. LAURA NELSON, in her official capacity as Director, Division of Behavioral Health Services, Arizona Department of Health Services; THOMAS J. BETLACH, in his official capacity as Director, Arizona Health Care Cost Containment System, | |
| Defendants. | |

On September 8, 2013, Defendants filed a motion for leave to depose two of Plaintiffs' attorneys.  (ECF No. 626.)  Under Local Rule 7.2(c), Plaintiffs had fourteen days within which to file a responsive memorandum.  Plaintiffs failed timely to respond. Under Local Rule 7.2(i), Plaintiffs' failure to respond "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily."

**IT IS THEREFORE ORDERED** that Defendants motion for leave to depose two of Plaintiffs' attorneys is **GRANTED.**

DATED this 24th day of September, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation