# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.K. a minor by and through R.K., *et al.*, ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> WILL HUMBLE, in his official capacity ) <br> as Interim Director of the Arizona ) <br> Department of Health Services; DR. ) <br> LAURA NELSON, in her official ) <br> capacity as Director, Division of ) <br> Behavioral Health Services, Arizona ) <br> Department of Health Services; ) <br> THOMAS J. BETLACH, in his official ) <br> capacity as Director, Arizona Health ) <br> Care Cost Containment System, ) <br><br> Defendants. ) <br> _____ ) | No. 91-cv-00261-TUC-AWT <br><br> **ORDER DENYING MOTION FOR LEAVE TO DEPOSE TWO OF PLAINTIFFS' COUNSEL** |

Defendants seek leave to depose two of Plaintiffs' counsel.  (ECF No. 626.)
Having considered the parties' arguments, the court denies the motion.  Defendants have
not shown that "the court should order the taking of opposing counsel's deposition" in this
case.  *Shelton v. Am. Motors Corp.*, 805 F.2d 1323, 1327 (8th Cir. 1986).

**IT IS THEREFORE ORDERED** that Defendants' motion to depose two of
Plaintiffs' counsel is hereby denied.

DATED this 28th day of October, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation