IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL TRIAL MINUTES

HON: A. Wallace Tashima

CV 91-00261-TUC-AWT                             DATE: 11/18/2013
Hearing held in Phoenix, Arizona.

 John Doe  (J.K.)        v.   Humble et al
  Plaintiff(s)                  Defendant(s)

Deputy Clerk: Teddy Bengtson           Court Reporter:  Merilyn Sanchez

Plaintiff(s) counsel:   Ira A. Burnim, Julia Graff, Emily B. Read, Anne C. Ronan
Defendant(s) counsel: Logan T. Johnston, Gregory D. Honig

**PROCEEDINGS:/ X / Evidentiary Hearing  - Day 1**

9:35 a.m.  Court convenes.

The Court rules on pending motions as follows:
- Defendant's Motion for Reconsideration (Doc. 568) - denied without prejudice
- Defendant's Motion in Limine re: No. 1 (Doc. 641)  - denied without prejudice
- Defendant's Motion in Limine re: No. 2 (Doc. 642)  - denied without prejudice
- Defendant's Motion in Limine re: No. 3 (Doc. 643)  - denied without prejudice
- Defendant's Motion to Expedite Ruling on Pending Motions in Limine (Doc. 649) - denied
- Plaintiff's Motion for Leave to File Excess Pages re: Doc. 651 (Doc. 652)   - granted
- Defendant's Motion to Strike Response in Opposition to Motion (Doc. 653) - denied without prejudice
   The Court has denied the motion to strike response (doc. 653). The Court denies defendant's request to file a written reply to the response in opposition to motion.  If the issue arises during the hearing, defendant may argue it orally.

Hearing schedule and witnesses are discussed.

Opening statement by plaintiff.   Rule of Exclusions of Witnesses is invoked by defendant.
Opening statement by defendant.  10:35 a.m.   Recess.

10:50 a.m.  Court reconvenes.  Plaintiff's case:  Ms. 'H'  is sworn and testifies.  Over objection of the defendant, exhibit 49 is admitted into evidence.  Exhibit 85 is admitted into evidence. 11:58 a.m.  Lunch recess.

1:30 p.m.  Court reconvenes.  Ms. 'H' testifies further.  Upon request of the Court, defense counsel makes an offer of proof as to what Ms. 'H' will testify to.  Ms. 'H' testifies further.  Matters discussed re: scope of this hearing and defendant's objections.  The Court overrules defendant's objection as set forth on the record.  Over objection of the defendant, exhibit 83 is admitted into evidence.   3:06 p.m.   Recess.

3:25 p.m.  Court reconvenes.  Ms. 'H' testifies further.  The witness is excused.

Mary Jo Whitfield is sworn and testifies.  The witness is excused.

Scheduling discussed.  It will be necessary to set another week for this hearing.  Counsel are directed to consult their calendars for possible dates in December, 2013, January, 2014 or February, 2014.

4:12 p.m.  Recess until 9:00 a.m., 11/19/2013.

                                            Time in Court: 5 hours   5  minutes

                                            START: 9:35 AM / STOP 4:12 PM