ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST
Anne C. Ronan (006041)
202 E. McDowell Road, Suite 153
Phoenix, Arizona 85004
Telephone: (602) 258-8850
Facsimile: (602) 258-8757

BAZELON CENTER FOR MENTAL HEALTH LAW
Ira A. Burnim
Julia M. Graff
Emily B. Read
1101 Fifteenth Street N.W., Suite 1212
Washington D.C. 20005-5002
Telephone: (202) 467 5730
Facsimile: (202) 233 0409

YOUNG MINDS ADVOCACY PROJECT
Patrick Gardner
115 Haight Street
Menlo Park, CA 94025
Telephone: (650) 678-0606

ARIZONA CENTER FOR DISABILITY LAW
Edward L. Myers III (0018856)
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Telephone: (602) 274-6287
Facsimile: (602) 274-6779

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| J.K., a minor by and through R.K., *et al.*, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>WILL HUMBLE, in his official capacity as Interim Director of the Arizona Department of Health Services; COREY NELSON, in his official capacity as Director, Division of Behavioral Health Services, Arizona, Department of Health Services; THOMAS J. BETLACH, in his official capacity as Director, Arizona Health Care Cost Containment System,<br><br>                Defendants. | No. CIV 91-261 TUC-AWT<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>(Honorable A. Wallace Tashima) |

Plaintiffs hereby withdraw Plaintiffs' November 13, 2009 Motion for Enforcement of Settlement Agreement (Dkt. 473). Based on the proceedings to date, Plaintiffs' counsel believe it is appropriate and in the best interests of the class to withdraw the Motion.

**RESPECTFULLY SUBMITTED** this 19th day of March, 2014.

/s/ Anne C. Ronan
Anne C. Ronan
Arizona Center For Law in the Public Interest
202 East McDowell Road, Suite 153
Phoenix, Arizona  85004

Ira A. Burnim
Emily B. Read
Julia M. Graff
Bazelon Center for Mental Health Law
1101 15th Street N.W., Suite 1212
Washington, D.C. 20005-5002

Patrick Gardner
Young Minds Advocacy Project
115 Haight Street
Menlo Park, CA  94025

Edward L. Myers
Arizona Center for Disability Law
5025 E. Washington Street, Suite 202
Phoenix, AZ  85034

*Attorneys for Plaintiffs*

Case 4:91-cv-00261-AWT   Document 679   Filed 03/19/14   Page 3 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I electronically transmitted the foregoing document using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Kevin D. Ray | Kevin.ray@azag.gov |
| Gregory Honig | Gregory.honig@azag.gov |
| Logan Johnston | ltjohnston@live.com |
| Ira Burnim | irab@bazelon.org |
| Julia Graff | juliag@bazelon.org |
| Emily B. Read | emilyr@bazelon.org |
| Edward L. Myers III | emyers@azdisabilitylaw.org |
| Patrick Hall Gardner | patrick@youngmindsadvocacy.org |

/s/ Anne C. Ronan
Anne C. Ronan