UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.    CV-91-00261-AWT                    Date: March 20, 2014

Title:    *J.K. a minor by and through R.K., et al. v. Humble, et al.*

## HONORABLE A. WALLACE TASHIMA

In accordance with Plaintiffs' Notice of Withdrawal of Motion for Enforcement of Settlement Agreement (Dkt. 679), the continued evidentiary hearing on said motion, set to recommence on March 24, 2014, at 9:00 a.m., at the Sandra Day O'Connor Courthouse, is taken off calendar.

IT IS SO ORDERED.

A. Wallace Tashima
United States Circuit Judge
Sitting by Designation