THOMAS C. HORNE
ARIZONA ATTORNEY GENERAL
Firm Bar No. 14000

Gregory D. Honig, State Bar No. 018804
Kevin D. Ray, State Bar No. 007485
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8328
Fax: (602) 364-0700
E-mail: EducationHealth@azag.gov
*Attorneys for Defendants Humble and Nelson, ADHS*

Logan T. Johnston, AZ Bar #009484
JOHNSTON LAW OFFICES, P.L.C.
1402 E. Mescal Street
Phoenix, Arizona 85020
Telephone: (602) 452-0615
Facsimile: (602) 716-5997
ltjohnston@johnstonlawoffices.net
*Attorneys for Defendant Betlach*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| J.K. a minor by and through R.K., et al., | CASE NO. CIV-91-261-TUC-AWT |
| Plaintiffs, | |
| v. | |
| WILL HUMBLE, in his official capacity as interim Director of the Arizona Department of Health Services; DR. LAURA NELSON, in her official capacity as Director, Division of Behavioral Health Services, Arizona Department of Health Services; THOMAS J. BETLACH, in his official capacity as Director of the Arizona Health Care Cost Containment System, | **JOINT MOTION TO VACATE HEARING AND DISMISS LITIGATION** |
| Defendants | |

By filing their "Notice of Withdrawal of Motion for Enforcement of Settlement Agreement" (Dkt. 679), the Plaintiffs have terminated the dispute resolution process. But for this dispute, the Settlement Agreement expired in July 2010. There is no longer a need or basis for the Court to maintain jurisdiction over the Agreement.

The parties therefore request that the hearing scheduled for March 24, 2014 having already been taken off the calendar be vacated and, pursuant to paragraph 81 of the Settlement Agreement, that this matter be terminated without prejudice.

The Plaintiffs have authorized the undersigned to represent that this is a joint motion.

**RESPECTFULLY SUBMITTED** this 21st day of March 2014.

> THOMAS C. HORNE
> Attorney General
>
> By:  s/Greg Honig
> Gregory D. Honig, State Bar No.
> Kevin D. Ray, State Bar No. 007485
> Assistant Attorneys General
> 1275 West Washington Street
> Phoenix, Arizona 85007-2926
> *Attorneys for Defendants Humble and Nelson, ADHS*
>
> By:   s/ Logan Johnston
> Logan T. Johnston
> **JOHNSTON LAW OFFICE, PLC**
> 1402 E. Mescal Street
> Phoenix, AZ 85020
> *Attorney for Defendant Betlach*

# CERTIFICATE OF SERVICE

I, Logan Johnston, an attorney, hereby certify that on March 21, 2014, I electronically transmitted the foregoing Defendants' Response to Plaintiffs' Memorandum regarding the issues in dispute, using the ECF System for filing and transmittal of a Notice of Electronic filing and to ECF registrants.

Anne C. Ronan
Arizona Center for Law in the Public Interest
202 E. McDowell Road, Suite 153
Phoenix, AZ 85004

Ira A. Burnim
Alison N. Burkoff
BAZELON CENTER FOR MENTAL HEALTH LAW
1101 Fifteenth Street N.W., Suite 212
Washington, D.C. 20005-5002

Patrick Gardner
NATIONAL CENTER FOR YOUTH LAW
405 14th Street, Suite 1500
Oakland, California 94612-2701

Edward L. Myers III
ARIZONA CENTER FOR DISABILITY LAW
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Attorney for Plaintiffs

_____s/ Logan Johnston_____