**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| J.K. a minor by and through R.K., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILL HUMBLE, in his official capacity as Interim Director of the Arizona Department of Health Services; DR. LAURA NELSON, in her official capacity as Director, Division of Behavioral Health Services, Arizona Department of Health Services; THOMAS J. BETLACH, in his official capacity as Director, Arizona Health Care Cost Containment System,<br><br>Defendants. | No. 91-cv-00261-TUC-AWT<br><br>**ORDER GRANTING JOINT MOTION TO VACATE HEARING AND DISMISS LITIGATION** |

Having considered the parties' Joint Motion to Vacate Hearing and Dismiss Litigation (Dkt. 686), and finding good cause therefor, IT IS HEREBY ORDERED that the Motion is granted; the evidentiary hearing set for March 24, 2014 is vacated; this litigation is dismissed without prejudice; and the Court's jurisdiction over this matter is terminated.

DATED this 21st day of March, 2014.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation